UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S. KATZMAN PRODUCE INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JHJW INC., <br><br> Defendant(s). | 23-CV-6419 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    As discussed during the pretrial conference held today, by no later than **March 4, 2024**, the parties shall file a joint status letter addressing whether the parties wish to be referred for mediation to the Court-annexed Mediation Program.

    SO ORDERED.

Dated: November 2, 2023
       New York, New York

                                                    DALE E. HO
                                     United States District Judge