UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. KATZMAN PRODUCE INC.,

                        Plaintiff,

   -v-                                     CIVIL ACTION NO. 23 Civ. 6419 (DEH) (SLC)

JHJW INC., et al.,                                 **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, April 8, 2024 at 10:00 a.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:        New York, New York
                March 25, 2024

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**