UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. KATZMAN PRODUCE INC.,

                        Plaintiff,

       -v-

JHJW INC., <u>et al.</u>,

                      Defendants.

CIVIL ACTION NO. 23 Civ. 6419 (DEH) (SLC)

<u>**ORDER**</u>

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference to discuss settlement is scheduled for **Friday, May 10, 2024, at 11:30 a.m.** on the Court's conference line.  The parties' <u>counsel</u> <u>only</u> are directed to call: (866) 390-1828; access code:  380-9799, at the scheduled time.

Dated:      New York, New York
             May 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**