UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. KATZMAN PRODUCE INC.,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 23 Civ. 6419 (DEH) (SLC)

JHJW INC., et al.,                           **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference to discuss settlement is scheduled for **Tuesday, May 21, 2024, at 12:00 p.m.** on the Court's conference line. The parties' counsel only are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              May 10, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**