UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. KATZMAN PRODUCE INC.,

                      Plaintiff,

  -v-                                        CIVIL ACTION NO. 23 Civ. 6419 (DEH) (SLC)

JHJW INC., et al.,                                 **ORDER**

                      Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

At the parties' request, the telephone conference scheduled for Monday, June 3, 2024 at 1:00 p.m. is ADJOURNED to **Thursday, June 13, 2024 at 12:00 p.m.** on the Court's conference line. The parties' counsel only are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
               June 3, 2024

                                                                SO ORDERED.

                                                                _/s/ Sarah L. Cave_____
                                                                **SARAH L. CAVE**
                                                                **United States Magistrate Judge**