UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. KATZMAN PRODUCE INC.,

                Plaintiff,

-v-

JHJW INC., et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 6419 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On June 11, 2024, the parties filed a Proposed Stipulation and Order addressed to the undersigned in which they "expressly waive the requirement of filing the Court's Consent to Magistrate Judge Jurisdiction Form." (ECF No. 43 at 3). The parties may not waive this requirement. Accordingly, by **Friday, June 14, 2024**, the parties must (i) address the Proposed Stipulation and Order to the Honorable Dale E. Ho or (ii) file for Judge Ho's attention an executed Consent to Proceed Before U.S. Magistrate Judge Form, which is available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

In addition, in light of the parties' settlement agreement, the telephone conference scheduled for Thursday, June 13, 2024 is CANCELLED.

Dated:      New York, New York
               June 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**