UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

S. KATZMAN PRODUCE INC.,

                Plaintiff,

   -v-                                     CIVIL ACTION NO. 23 Civ. 6419 (SLC)

JHJW INC., et al.,                           **ORDER**

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On June 13, 2024, the Court adopted the parties' Proposed Stipulation and Order as to their settlement in this case. (ECF No. 47 (the "Settlement Agreement")). Pursuant to the terms of the Settlement Agreement, Defendants shall pay Plaintiff $20,000 on August 1, 2024 and $5,000 on the first of each month thereafter, until and including December 2024. (Id. at 1–2). The Court will retain jurisdiction over this action "to enforce the terms and conditions" of the Settlement Agreement. (Id. at 4). Accordingly, the Court orders as follows:

1. This action is STAYED; and

2. Within one week following each payment deadline, Plaintiff shall file a status update regarding Defendants' compliance with the terms of the Settlement Agreement.

Dated:      New York, New York
              June 13, 2024

                                                           SO ORDERED.

                                                           */s/ Sarah L. Cave*
                                                           **SARAH L. CAVE**
                                                           **United States Magistrate Judge**